UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS,<br><br>            Plaintiff,<br><br>    v.<br><br>J. MOORE, et al.,<br><br>            Defendants. | No. 1:19-cv-00034-DAD-SKO (PC)<br><br>ORDER DISMISSING ACTION DUE TO PLAINTIFF'S FAILURE TO PAY FILING FEE<br><br>(Doc. No. 45) |

Plaintiff Andre L. Revis is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 24, 2021, the undersigned adopted the assigned magistrate judge's findings and recommendations, granted defendants' motion to revoke plaintiff's *in forma pauperis* status, and ordered plaintiff to pay the required $400[1] filing fee in full within thirty (30) days in order to proceed with this action. (Doc. No. 45.) Plaintiff was cautioned that his failure to comply with that order and pay the required filing fee within the specified time would result in dismissal of this action. (*Id.* at 3.)

/////

---

[1] When plaintiff initiated this action in 2019, the applicable filing fee, including administrative fees was $400.00.

1

To date, plaintiff has not paid the required filing fee or requested an extension of time to do so, and the deadline to pay the required filing fee has now passed.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee; and

2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **February 7, 2022**

UNITED STATES DISTRICT JUDGE