UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. REVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>J. MOORE, et al.,<br><br>        Defendants. | No. 1:19-cv-00034-ADA-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S MOTIONS TO REOPEN CASE<br><br>(ECF Nos. 48, 49, 50) |

Plaintiff Andre L. Revis ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2022, the assigned Magistrate Judge issued findings and recommendations, recommending Plaintiff's motions to reopen this action be denied. (ECF No. 50.)[1] Plaintiff timely objected on August 29, 2022. (ECF No. 52.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

---

[1] Following issuance of the findings and recommendations, on August 29, 2022, this action was reassigned from District Judge Dale A. Drozd to District Judge Ana de Alba. (ECF No. 51.)

In Plaintiff's objections, he argues that he lacks "easy access" to the law library due to staff shortages and COVID-19 lockdowns.  (ECF No. 52 at 2.)  Like the arguments made in his motions for relief from a judgment or order, Plaintiff further argues that he was awaiting receipt of stimulus funds under the CARES Act to pay the required filing fee in this case.  (*See* ECF Nos. 48 at 1, 49 at 2, 52 at 1.)  In the findings and recommendations, the Magistrate Judge finds that Plaintiff is aware of the procedure for requesting extensions of time to comply with a court order. (*See* ECF Nos. 10, 16, 17, 25.)  However, Plaintiff failed to file an extension of time following the Court's November 2021 order that Plaintiff pay the filing fee within 30 days.  (*See* ECF No. 45.)  Overall, Plaintiff has not set forth facts or law providing a basis upon which the Court should reverse its prior decision.  Fed. R. Civ. P. 60(b); Local Rule 230(j).  Therefore, the Court finds no basis to deny the findings and recommendations.

Accordingly,

1. The findings and recommendations issued on August 18, 2022, (ECF No. 50), are ADOPTED in full;
2. Plaintiff's motions to reopen this action, (ECF Nos. 48 & 49), are DENIED;
3. Plaintiff is advised that he may file a new and separate action with payment of the required filing fee should he wish to pursue his claims; and
4. The Court will not consider any further filings in this action and this case shall remain closed.

IT IS SO ORDERED.


IT IS SO ORDERED.

   Dated:   September 30, 2022

_____
UNITED STATES DISTRICT JUDGE